Eighth Circuit denied. *Messrs. Godfrey Goldmark, Henry N. Ess,* and *John C. Higgins* for petitioners. *Messrs. Jerome N. Frank* and *Ernest A. Green* for respondent.

No. 407. SANITARY DISTRICT OF CHICAGO *v.* ACTIVATED SLUDGE, INC., ET AL. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Newton D. Baker, Arthur C. Denison, Wallace R. Lane, James Hamilton Lewis,* and *Ralph M. Snyder* for petitioner. *Mr. Lynn A. Williams* for respondents.

No. 411. ROYAL INDEMNITY CO. ET AL. *v.* CARDILLO, DEPUTY COMMISSIONER, ET AL. October 25, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Frank H. Myers* for petitioners. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Henry A. Julicher* for respondent Cardillo. *Mr. James E. McCabe* for respondent Rennie.

No. 416. U. S. EX REL. HANDLER *v.* HILL, WARDEN. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied for the reason that the application for writ of certiorari was not made within the time provided by law. Section 8 (a), Act of February 13, 1925, 43 Stat. 936, 940. *Mr. Lewis Landes* for petitioner. No appearance for respondent.

No. 450. HAYNES DRILLING CO. *v.* INDIAN TERRITORY ILLUMINATING OIL CO. November 8, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma de-